173 A.3d 156

**FREEDMAN, Calvin**

v.

**STATE of Maryland**

**Pet. Docket No. 291, Sept. Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Opinion of the Court of Special Appeals unreported (No. 1429, Sept.Term, 2016).

Petition for writ of certiorari denied

173 A.3d 156

**GRANT**

v.

**NEWMAN**

**Pet. Docket No. 362, Sept.Term, 2017**

Court of Appeals of Maryland.

November 17, 2017

Opinion of the Court of Special Appeals unreported (No. 1203, Sept.Term, 2016).

Petition for writ of certiorari denied